**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **2950 W. Golf, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-4659293** |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2950 W. Golf Road** **Rolling Meadows, IL 60008** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** County | Location of principal assets, if different from principal place of business Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **2950 W. Golf, LLC** _____   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **2950 W. Golf, LLC** _____ Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **2950 W. Golf, LLC** _____ Case number (_if known_) _____
Name

Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 11, 2017**
MM / DD / YYYY

X **/s/ Madan Kulkarni**      **Madan Kulkarni**
Signature of authorized representative of debtor      Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Richard N. Golding**      Date **December 11, 2017**
Signature of attorney for debtor      MM / DD / YYYY

**Richard N. Golding 0992100**
Printed name

**The Golding Law Offices, P.C.**
Firm name

**500 North Dearborn Street
Second Floor
Chicago, IL 60654**
Number, Street, City, State & ZIP Code

Contact phone **(312) 832-7885**      Email address **RGOLDING@GOLDINGLAW.NET**

**0992100**
Bar number and State

Fill in this information to identify the case:

Debtor name: **2950 W. Golf, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bobs, LLC d/b/a Bobs Nevada, LLC**<br>600 S.Spring Street, Unit # Office<br>Los Angeles, CA 90014 | | **2950 W. Golf Road, Rolling Meadows, IL** | **Contingent Unliquidated Disputed** | $6,990,216.74 | $4,700,000.00 | Unknown |
| **Elm Limited LLC**<br>120 N La Salle St., Ste. 1220<br>Chicago, IL 60602 | | **2950 W. Golf Road, Rolling Meadows, IL** | **Contingent Unliquidated** | $755,296.54 | $4,700,000.00 | Unknown |
| **Equity One Investment Fund LLC**<br>120 W Madison, Ste. 918<br>Chicago, IL 60602 | | **2950 W. Golf Road, Rolling Meadows, IL** | **Contingent Unliquidated** | $203,733.61 | $4,700,000.00 | Unknown |
| **Neal, Gerber & Eisenberg LLP**<br>Attn: David S. Martin<br>2 N. LaSalle St., Ste. 1700<br>Chicago, IL 60602 | | **Professional Fees** | **Unliquidated** | | | $240,000.00 |
| **Nebraska Alliance Realty**<br>5002 Dodge Street Suite 203<br>Omaha, NE 68132 | | **2950 W. Golf Road, Rolling Meadows, IL** | **Contingent Unliquidated** | $90,633.10 | $4,700,000.00 | Unknown |
| **The Meadows Club Condominium Assoc.**<br>2950 W Golf Road<br>Rolling Meadows, IL 60008 | | **2950 W. Golf Road, Rolling Meadows, IL** | **Contingent Unliquidated** | Unknown | $4,700,000.00 | Unknown |
| **Wolf & Tennant**<br>Attn: James M. Wolf<br>33 N. Dearborn St., Ste. 800<br>Chicago, IL 60602 | | **Professional Fees** | **Unliquidated** | | | $35,000.00 |

```
Bharat Patel
1300 S.Roselle Road
Glendale Heights, IL 60139


Bobs, LLC d/b/a Bobs Nevada, LLC
600 S.Spring Street, Unit # Office
Los Angeles, CA 90014


Elm Limited LLC
120 N La Salle St., Ste. 1220
Chicago, IL 60602


Equity One Investment Fund LLC
120 W Madison, Ste. 918
Chicago, IL 60602


Neal, Gerber & Eisenberg LLP
Attn: David S. Martin
2 N. LaSalle St., Ste. 1700
Chicago, IL 60602


Nebraska Alliance Realty
5002 Dodge Street Suite 203
Omaha, NE 68132


Shashi Patel
223 Grand Oaks Lane
Dixon, IL 61021


Shorge Sato
Shoken Legal, Ltd.
125 S. Clark St., Flr. 17
Chicago, IL 60603


Wolf & Tennant
Attn: James M. Wolf
33 N. Dearborn St., Ste. 800
Chicago, IL 60602
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **2950 W. Golf, LLC**                                                                 Case No.
Debtor(s)                                                                                     Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **2950 W. Golf, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 11, 2017** | **/s/ Richard N. Golding** |
| Date | **Richard N. Golding 0992100** |
| | Signature of Attorney or Litigant |
| | Counsel for **2950 W. Golf, LLC** |
| | **The Golding Law Offices, P.C.** |
| | **500 North Dearborn Street** |
| | **Second Floor** |
| | **Chicago, IL 60654** |
| | **(312) 832-7885 Fax:(312) 755-5720** |
| | **RGOLDING@GOLDINGLAW.NET** |