IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: 2950 W. Golf, LLC. | ) | Bankruptcy Case No. 17-36643 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Jack B. Schmetterer |

## NOTICE OF MOTION

To: See attached service list

**PLEASE TAKE NOTICE** that on **January 9, 2018**, at **10:30** a.m., the undersigned shall appear before the Honorable Judge Schmetterer or any judge sitting in his stead in courtroom 682 of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present **MOTION OF BOBS LLC TO DESIGNATE THIS CASE A SINGLE ASSET REAL ESTATE CASE** in the above-captioned matter, a copy of which is attached hereto and is hereby served upon you.

By: /s/ Ronald Austin, Jr.
Ronald Austin, Jr.

Ronald Austin, Jr. ARDC No. 6242453
Karen J. Porter ARDC No. 6188626
Ashley Starks ARDC No. 6317930
GRANT LAW, LLC
230 West Monroe Street, Suite 240
Chicago, Illinois 60606
(312) 551-0111

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 29, 2017, he caused the foregoing notice to be filed with the Court, with a copy served on all parties on the attached service list via U.S. Mail, postate prepaid.

/s/ Ronald Austin, Jr.
Ronald Austin, Jr.

**2950 W. Golf, LLC.**
Case No 17-36643
Service List

Jonathan D. Golding
The Golding Law Offices, P.C.
500 N. Dearborn St., 2nd Fl.
Chicago, IL 60654-3300
*Counsel for Debtor 2950 W. Golf, LLC*

Elm Limited LLC
120 N LaSalle St., Ste. 1220
Chicago, IL 60602

Equity One Investment Fund LLC
120 W. Madison, Ste. 918
Chicago, IL 60602

Neal, Gerber & Eisenberg, LLP
Attn: David S. Martin
2 N. LaSalle St., Ste. 1700
Chicago, IL 60602-4000

Nebraska Alliance Realty
5002 Dodge Street, Ste. 203
Omaha, NE 68132-2906

The Meadows Club Condominium Assoc.
2950 W. Golf Road
Rolling Meadows, IL 60008

Wolf & Tennant
Attn: James M. Wolf
33 N. Dearborn St., Ste. 800
Chicago, IL 60602-3194

Bharat Patel
1300 S. Roselle Road
Glendale Heights, IL 60139

Shashi Patel
223 Grand Oaks Lane
Dixon, IL 61021-3220

Shorge Sato
Shoken Legal, Ltd.
125 S. Clark St., Flr. 17
Chicago, IL 60603-4035

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604-2027